**Edward Y. POLITI, Plaintiff–Appellant,**

v.

**COUNTY OF LOS ANGELES; et al., Defendants–Appellees.**

No. 03–55768.

D.C. No. CV–02–03387–LGB.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Edward Y. Politi, pro se, Northridge, CA, for Plaintiff–Appellant.

Adrienne M. Byers, Office of the County Counsel, Los Angeles, CA, for Defendants–Appellees.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Edward Politi appeals pro se the district court's judgment dismissing, for lack of subject matter jurisdiction, his 42 U.S.C. § 1983 action alleging that the County of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Los Angeles violated his constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Bianchi v. Rylaarsdam,* 334 F.3d 895, 898 (9th Cir.2003). We affirm.

The district court's dismissal was proper.

Politi's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.